THE STATE v. KRANER *et al.*

Appeal : CRIMINAL CASE : NO EXCEPTIONS OR ARGUMENT : AFFIRMED.

*Appeal from Wapello District Court.*—HON. CHARLES D. LEGGETT, Judge.

FILED, MAY 23, 1888.

THE defendants were indicted and convicted for maintaining a nuisance by keeping a place for the unlawful sale of intoxicating liquors, and now appeal to this court.

No appearance for the appellants.

*A. J. Baker*, Attorney General, for the State.

BECK, J.—The cause was submitted to us for decision without exceptions or argument in any form for the appellants. The record shows that questions involving the constitutionality of the statute under which the indictment was found, and other questions usually raised in trials for offenses of this character, were raised by objections in the court below, and were ruled upon in accord with frequent prior decisions of this court. It is needless to consider that question here.

We have, as we are required by the statute, examined the record of the case before us, and have discovered no error therein. We are not required to imagine possible objections and present reasons supporting the rulings of the district court as against them. The judgment of the district court is

AFFIRMED.